# Mary B. Grossman
Chapter 13 Trustee
United States Bankruptcy Court
Eastern District Of Wisconsin

Telephone: (414) 271-3943　　　　　　　　　　　　　　　　740 North Plankinton Avenue
Fax: (414) 271-9344　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 400
info@chapter13milwaukee.com　　　　　　　　　　　　　　　Milwaukee, WI 53203
www.chapter13Milwaukee.com

November 13, 2009

Clerk of the US Bankruptcy Court
126 U S Courthouse
517 E. Wisconsin Avenue
Milwaukee, WI 53202

RE: LAKECHA NASHELL SMITH
　　　Case No. 08-26769-MDM

Dear Clerk of the US Bankruptcy Court:

Enclosed please find check # 1067649 in the amount of $569.78. This check replaces the following check, for the same dollar amount, in the above case:

Original Check No.:　　1053253

Original Payee:　　Lakecha Nashell Smith
　　　　　　　　　　Unknown Address

Please deposit these funds as unclaimed funds, as they were returned by the United States Postal Service or were uncashed by the original payee.

Thank you,


OFFICE OF CHAPTER 13 TRUSTEE

*Mary B. Grossman*

Mary B. Grossman, Chapter 13 Standing Trustee

MBG/ck

cc: file

RECEIVED-MAIL
2009 NOV 16 AM 11: 32
US BANKRUPTCY COURT,
EASTERN DISTRICT OF WI

Mary B. Grossman, Chapter 13 Trustee  Check No. 1067649
Pay to: 00000965  CLERK OF US BANKRUPTCY COURT
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 08-26769-MDM | 777-0 | LAKECHA NASHELL SMITH | | 0.00 | 569.78 | 0.00 | 569.78 |